JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| James Oliver,<br><br>    Plaintiff,<br><br>v.<br><br>CarMax Auto Superstores West Coast, Inc.,<br><br>    Defendant. | Case No.<br>EDCV 15-2283 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the Court's Order filed concurrently herewith, it is ORDERED AND ADJUDGED that the First Amended Complaint is DISMISSED WITH PREJUDICE.

The Clerk is directed to close the case.

Dated: March 23, 2016

THE HONORABLE JESUS G. BERNAL
United States District Judge